# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NELSON HERNANDEZ, | No. CV 12-4701-DSF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| K. HOLLAND, | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 6/5/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE